```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

JUL 23 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Magistrate Judge John L. Weinberg

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JOHN REGINALD EDWARDS,<br><br>Defendant. | NO. MJ19-337<br><br>COMPLAINT for VIOLATION<br>U.S.C. Title 8 Section 1326(a)<br>(Illegal Reentry After Deportation)<br><br>(Felony) |

BEFORE John L. Weinberg, United States Magistrate Judge, United States Courthouse, 700 Stewart Street, Seattle, Washington.

## COUNT I

On July 1, 2019, near Sumas, within the Western District of Washington, JOHN REGINALD EDWARDS, an alien, a native and citizen of Canada, who was previously arrested and deported from the United States on July 18, 2008, at Blaine, Washington, was found, after knowingly and voluntarily reentering the United States without the express consent of the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Section 1326(a).

The undersigned complainant being duly sworn states:

1. I, Philip J. Krasielwicz, am a Border Patrol Agent with the Bureau of Customs and Border Protection, an agency within the Department of Homeland Security. Part of my duty entails the location and apprehension of foreign nationals in the United States who are or have been engaged in criminal activity. I have been employed as an agent of the United States Border Patrol for eleven (11) years. The following information is based on (i) my investigation, (ii) the investigation of other Border Patrol agents, (iii) the Citizenship and Immigration Service (hereinafter "CIS") files, (iv) records of the United States District Court, Western District of Washington, (v) and the Whatcom County Superior Court.

2. My investigation has revealed that CIS maintains an alien registration administrative file, commonly referred to as an A-file, 095 564 442 on JOHN REGINALD EDWARDS. This A-file is the official Immigration file maintained by the CIS, and is a consolidated repository of all known Immigration contacts with JOHN REGINALD EDWARDS hereinafter "defendant." The A-file of the defendant contains documents showing that he is a native and citizen of Canada.

3. The A-file of the defendant contains conviction documents from the following courts:

    a. United States District Court, Wester District of Washington, in case number CR 86-317C, in violation of 8 U.S.C. § 371 Conspiracy to Pass Counterfeit Securities, sentenced to sixty (60) days on January 16, 1987.

    b. Whatcom County Superior Court in cause number 041017397 in violation of RCW: 69.50.401(2) Manufacture/Deliver Controlled Substance (Possession of Marijuana with Intent to Distribute), sentenced to sixty (60) days on February 24, 2005.

4. Within the A-file of the defendant, there are three executed I-205, Warrant of Removal/Deportation documents. The I-205 documents confirms the defendant was deported on the following dates and locations:

    a. August 6, 2012, Blaine, Washington, and

    b. July 18, 2008, Blaine, Washington, and

    c. March 18, 2005, Blaine, Washington

The form I-205's contain the fingerprint and photograph of the defendant as physical proof of his deportation from the United States to Canada. The A-file of the defendant reflects the defendant appeared in deportation proceedings in Tacoma, Washington. Because of the admissions the defendant made to the charges set forth in the Order to Show Cause concerning his illegal presence in the United States, he was ordered deported to Canada.

5. On July 1, 2019, at approximately 10:51 p.m., Border Patrol Agent Valden Smith was notified by Blaine Sector Radio operators of a person on a bike moving south from the United States/Canada International Boundary east of Sumas, Washington. Agent Smith approached that person, later identified as the defendant, and identified himself as a United States Border Patrol Agent. Agent Smith questioned the defendant as to his citizenship. The defendant was asked to state his country of citizenship to which he replied "Canada." When asked if he was in possession of any documents that would allow him to be in the United States, the defendant stated "No." The defendant was then taken to the Sumas Border Patrol Station in Sumas, Washington for further processing.

6. On July 2, 2019, at approximately 3:03 a.m., Border Patrol Agent Jason Anderson advised the defendant of his Miranda rights in the English language as witnessed by Supervisory Border Patrol Agent Thomas Boaz. The defendant stated he understood his rights and was willing to answer questions

without an attorney present. The defendant signed an I-215B Record of Sworn Statement as well as an I-831 continuation page. During questioning at the Sumas Border Patrol Station, the defendant made the following admissions:

   a. His name is John Reginald Edwards.

   b. He is a citizen of Canada.

   c. He was born on August 25, 1959, in Oliver, BC, Canada.

   d. He has previously been ordered deported from the United States.

   e. He entered the United States illegally on July 1, 2019.

The defendant was advised of his right to speak to a consular officer from Canada. The defendant requested to speak with a consular representative and a message was left at the Consulate General of Canada in Seattle, Washington.

   7.   While at the Sumas Border Patrol Station in Sumas, Washington, the defendant's fingerprints were taken and electronically transmitted to the Federal Bureau of Investigations Criminal Justice Information Center in Clarksville, West Virginia via the use of an Integrated Automated Fingerprint Identification System (hereinafter IAFIS) terminal. The defendant's data was also processed in the automated database of CIS.

   Criminal and immigration databases checks confirmed the defendant was the person convicted of the offenses listed in Paragraph 3 (*infra*) as well as the deportations indicated in above in Paragraph 4 (*infra*).

   8.   The defendant was later transported to the Northwest Immigration Detention Center in Tacoma, Washington, where he is currently being held for deportation.

   9.   I have conducted a thorough review of the defendant's Immigration A-file, 095 564 442, which contains no evidence that he ever applied for or received permission to reenter the United States after deportation.

COMPLAINT/ EDWARDS - 4

10. Based on the foregoing, I have probable cause to believe that JOHN REGINALD EDWARDS has reentered the United States knowingly and voluntarily without the express consent of the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326.

_____
Philip J. Kraśielwicz, Complainant
U.S. Border Patrol, Border Patrol Agent

Reviewed by AUSA Don Reno  *[signature]*

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence this July 23, 2019, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

_____
John L. Weinberg
United States Magistrate Judge