UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-139-RSL |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **ORDER OF DISMISSAL** |
| JOHN REGINALD EDWARDS, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Complaint and Information ("Motion") filed against Defendant John Reginald Edwards, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby ORDERS:

The Complaint and Information (Dkt. Nos. 1 & 9) are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

///

Order of Dismissal
*United States v. Edwards*, CR19-139-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 23rd day of August, 2019.

THE HON. ROBERT S. LASNIK
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Order of Dismissal
*United States v. Edwards*, CR19-139-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970